**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-7375**

ELIJAH MILES WINN, a/k/a Joshua M. Nowitsky,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; LISA EDWARDS, Warden,
DWCC; L. W. HUFFMAN, Northern Regional Direc-
tor of the Virginia Department of Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-00-265)

Submitted:  December 14, 2000        Decided:  December 22, 2000

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elijah Miles Winn, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elijah Miles Wynn appeals the district court's orders granting summary judgment to the Appellees, dismissing his civil rights complaint and denying his motion for reconsideration.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Winn v. Angelone, No. CA-00-265 (W.D. Va. Aug. 14 & Sept. 6, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED